## HAMMOND vs. THE COUNTY OF RICHMOND

The county is not responsible in damages for the tort of one of the guards, in unlawfully beating a convict in the chain-gang, nor for the negligence of the rest of the guards in not protecting the convict from the unlawful beating.  2 T. R., 667; 15 *Ga.*, 316; 18 *Id.*, 475; 19 *Id.*, 100; 20 *Id.*, 846.

(*a.*) In cases where the statute provides for the liability of counties, a recovery may be had against them; as when no sufficient bond is taken to keep bridges in repair.  Code, §§491, 691; 41 *Ga.*, 229; 58 *Id.*, 832; 64 *Id.*, 69.

December 4, 1883.  (Head-notes by the court.)

JACKSON, Chief Justice.

[Hammond brought suit against the county of Richmond, alleging that he was a convict in the county chain-gang; that he was under the charge and custody of certain guards, who were servants employed and paid by the county, and whose duty it was to treat him with humanity and to protect him; that one of the guards cruelly beat him without cause; that he appealed for protection to another guard in charge, but failed to receive it.  He insisted that the county was responsible both for the injury inflicted by one guard, and for the failure of the other to protect him.

On demurrer, the case was dismissed, and plaintiff excepted.]